LATHAM & WATKINS LLP
Morgan E. Whitworth (Bar No. 304907)
 Morgan.Whitworth@lw.com
Samantha Kaplan (Bar No. 353933)
 Samantha.Kaplan@lw.com
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: +1.415.395.8011

Blake T. Denton (*pro hac vice* forthcoming)
 Blake.Denton@lw.com
Ryan C. Maamoun (*pro hac vice* forthcoming)
 Ryan.Maamoun@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1239

*Attorneys for Origis USA LLC*
*and San Luis West Solar, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SILICON VALLEY CLEAN ENERGY AND CENTRAL COAST COMMUNITY ENERGY,<br><br>Plaintiffs,<br><br>v.<br><br>ORIGIS USA LLC; SAN LUIS WEST SOLAR LLC; AND DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | Case No. 4:25-cv-09319-HSG<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>(Civil L.R. 6-1, 6-2, 7-12) |

Plaintiffs Silicon Valley Clean Energy and Central Coast Community Energy (collectively, "Plaintiffs") and Defendants Origis USA LLC and San Luis West Solar, LLC (collectively, "Defendants," and collectively with the Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation.

**WHEREAS,** on October 10, 2025, Plaintiffs filed a complaint in the above-captioned action in the Superior Court of the State of California for the County of San Francisco;

**WHEREAS**, on October 20, 2025, Defendants accepted service of the summons and complaint;

**WHEREAS,** on October 29, 2025, Defendants removed this action from the Superior Court of the State of California for the County of San Francisco to the United States District Court for the Northern District of California (Dkt. No. 1);

**WHEREAS**, on November 5, 2025, the Parties met and conferred and agreed that good cause exists to extend Defendants' response time and set a schedule for briefing on Defendants' anticipated motion to dismiss. The Parties have agreed to the below schedule, which accommodates the Parties' additional business and professional commitments and the upcoming holidays.

**NOW THEREFORE,** having met and conferred, counsel for the Parties respectfully submit that, subject to the Court's approval, the following schedule should be entered:

1. Defendants shall file a motion to dismiss, answer, or otherwise respond to the complaint by December 10, 2025;
2. Plaintiffs shall file an opposition to any motion to dismiss by January 21, 2026;
3. Defendants shall file any reply in support of any motion to dismiss by February 18, 2026.

Dated: November 10, 2025                Respectfully Submitted,

LATHAM & WATKINS LLP

By */s/ Morgan E. Whitworth*
Morgan E. Whitworth (Bar No. 304907)

*Morgan.Whitworth@lw.com*
Samantha Kaplan (Bar No. 353933)
 *Samantha.Kaplan@lw.com*
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: +1.415.395.8011


Blake T. Denton (*pro hac vice* forthcoming)
 *Blake.Denton@lw.com*
Ryan C. Maamoun (*pro hac vice* forthcoming)
 *Ryan.Maamoun@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1239

*Attorneys for Origis USA LLC
and San Luis West Solar, LLC*


HUESTON HENNIGAN LLP


By */s/  Vicki Chou*

John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Vicki Chou, State Bar No. 248598
vchou@hueston.com
Warren Crandall, State Bar No. 340077
wcrandall@hueston.com
Chloé P. Sweeney-Rowan, State Bar No. 361159
csweeneyrowan@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

*Attorneys for Plaintiffs
Silicon Valley Clean Energy and
Central Coast Community Energy*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/17/2025

Hon. Haywood S. Gilliam, Jr.
United States District Judge