UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SILICON VALLEY CLEAN ENERGY AND CENTRAL COAST COMMUNITY ENERGY,

Plaintiff,

v.

ORIGIS USA LLC; SAN LUIS WEST SOLAR LLC; AND DOES 1 THROUGH 10, inclusive,

Defendant.

Case No. 4:25-cv-09319-HSG

**MOTION TO SUBSTITUTE LAW FIRM; ORDER**

On behalf of (party name) ORIGIS USA LLC and SAN LUIS WEST SOLAR LLC, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Mark McKane and Christopher W. Keegan of Kirkland & Ellis LLP

Name(s) of counsel withdrawing from representation and firm name:

Morgan E. Whitworth, Samantha Kaplan, Blake T. Denton, and Ryan C. Maamoun of Latham & Watkins LLP

Date: December 9, 2025

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: 12/9/2025

_____
UNITED STATES DISTRICT JUDGE