1  Mark McKane, P.C. (SBN 230552)
   Christopher W. Keegan, P.C. (SBN 232045)
2  KIRKLAND & ELLIS LLP
   555 California Street, Suite 2700
3  San Francisco, CA 94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500
   Email: mark.mckane@kirkland.com
5  Email: chris.keegan@kirkland.com

6  *Attorneys for Defendants*
   *Origis USA LLC and San Luis West Solar, LLC*
7

8
9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                          **OAKLAND DIVISION**

12  | SILICON VALLEY CLEAN ENERGY AND CENTRAL COAST COMMUNITY ENERGY, | CASE NO. 4:25-CV-09319-HSG |
13  |---|---|
    | Plaintiffs, | **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |
14  | vs. | |
15  | ORIGIS USA LLC; SAN LUIS WEST SOLAR LLC; and DOES 1 through 10, inclusive, | (Civil L.R. 6-1, 6-2, 7-12) |
16  | Defendants. | |

Plaintiffs Silicon Valley Clean Energy and Central Coast Community Energy (collectively, "Plaintiffs") and Defendants Origis USA LLC and San Luis West Solar, LLC (collectively, "Defendants," and collectively with the Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation.

**WHEREAS,** on November 10, 2025, the Parties proposed a stipulation setting a briefing schedule for a motion to dismiss, under which Defendants would file a motion to dismiss or otherwise respond by December 10, 2025, Plaintiffs would oppose by January 21, 2026, and Defendants would reply by February 18, 2026;

**WHEREAS**, on November 17, 2025, that stipulation was granted;

**WHEREAS,** due to technical difficulties with filing on the ECF system, Defendants' motion to dismiss was filed at 12:04 am on December 11, 2025, requiring a new stipulation for a briefing schedule;

**WHEREAS,** counsel for all parties have conferred and agreed that Plaintiffs do not oppose the timeliness of the Defendants' motion to dismiss, and the parties have agreed that Plaintiffs will file their opposition on January 22, 2026, and Defendants will file their reply on February 18, 2026, and neither of these changes will impact the case schedule, *see* Civil L.R. 6-2(a)(3);

**WHEREAS**, the revised, proposed schedule amends the previously ordered schedule by one day for the motion to dismiss and one day for the opposition, with no other changes; and

**NOW THEREFORE,** having met and conferred, counsel for the Parties respectfully request that, subject to the Court's approval, the following revised schedule should be entered.

1. Defendants' time to file a motion to dismiss, answer, or otherwise respond to the complaint shall be extended to December 11, 2025;

2. Plaintiffs shall file an opposition to the motion to dismiss on or before January 22, 2026;

3. Defendants shall file any reply in support of any motion to dismiss on or before February 18, 2026.

| | |
|---|---|
| DATED: December 11, 2025 | Respectfully submitted, |

/s/ Christopher W. Keegan

Mark McKane, P.C. (SBN 230552)
Christopher W. Keegan, P.C. (SBN 232045)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: mark.mckane@kirkland.com
Email: chris.keegan@kirkland.com

*Attorneys for Defendants*
*Origis USA LLC and San Luis West Solar, LLC*

HUESTON HENNIGAN LLP

/s/ Warren Crandall

John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Vicki Chou, State Bar No. 248598
vchou@hueston.com
Warren Crandall, State Bar No. 340077
wcrandall@hueston.com
Chloé P. Sweeney-Rowan, State Bar No. 361159
csweeneyrowan@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

*Attorneys for Plaintiffs Silicon Valley Clean Energy and Central Coast Community Energy*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 1/7/2026

_____
Hon. Haywood S. Gilliam Jr.
United States District Judge