UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Silicon Valley Clean Energy, et al., <br> Plaintiff(s), <br> v. <br> Origis USA LLC, et al., <br> Defendant(s). | Case No. 4:25-cv-9319-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER <br> (CIVIL LOCAL RULE 11-3) |

I, __Blake T. Denton__, an active member in good standing of the bar of __New York__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendants Origis USA LLC and __San Luis West Solar, LLC__ in the above-entitled action. My local co-counsel in this case is __Morgan E. Whitworth__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __304907__.

| | |
|---|---|
| Latham & Watkins LLP <br> 1271 Avenue of the Americas <br> New York, NY 10020 <br> MY ADDRESS OF RECORD | Latham & Watkins LLP <br> 505 Montgomery Street, Suite 2000 <br> San Francisco, CA 94111 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| +1.212.906.1200 <br> MY TELEPHONE # OF RECORD | +1.415.3951.0600 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| blake.denton@lw.com <br> MY EMAIL ADDRESS OF RECORD | morgan.whitworth@lw.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __4695359__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/10/2025                                    /s/ Blake T. Denton
                                                            APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Blake T. Denton__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: JAN - 8 2026

**DENIED**
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE

Updated 11/2021                                    2



## Appellate Division of the Supreme Court of the State of New York
### Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

### Blake Thomas Denton

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **October 7, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 31, 2025.

*Darrell M. Joseph*

Clerk of the Court

CertID-00257852