United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SILICON VALLEY CLEAN ENERGY, et al.,

Plaintiffs,

v.

ORIGIS USA LLC, et al.,

Defendants.

Case No. 25-cv-09319-HSG

**SCHEDULING ORDER**

A case management conference was held on September 15, 2026. Having considered the parties' proposals, *see* Dkt. No. 49, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Amendment of Pleadings/ Joinder | January 6, 2027 |
| Close of Fact Discovery | April 5, 2027 |
| Exchange of Opening Expert Reports | April 19, 2027 |
| Exchange of Rebuttal Expert Reports | May 7, 2027 |
| Close of Expert Discovery | May 21, 2027 |
| Dispositive Motion Hearing Deadline | July 1, 2027, at 2:00 p.m. |
| Pretrial Conference | October 5, 2027, at 3:00 p.m. |
| Bench Trial (10 days)<br>*The Court will issue an amended scheduling order should the trial be designated as a Jury Trial after the parties' forthcoming briefing on this issue.* | October 18, 2027, at 8:30 a.m. |

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 9/15/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge