Mark McKane, P.C. (SBN 230552)
Christopher W. Keegan, P.C. (SBN 232045)
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: mark.mckane@kirkland.com
Email: chris.keegan@kirkland.com

Michael G. Distefano (SBN 296761)
ORIGIS USA LLC
800 Brickell Ave #1000
Miami, FL 33131
mike.distefano@origisenergy.com

Attorneys for Defendants
*Origis USA LLC and San Luis West Solar, LLC*

John C. Hueston, State Bar No. 164921
jhueston@hueston.com
Vicki Chou, State Bar No. 248598
vchou@hueston.com
Warren Crandall, State Bar No. 3040077
wcrandall@hueston.com
Chloé P. Sweeney-Rowan, State Bar No. 361159
csweeneyrowan@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Attorneys for Plaintiffs
*Silicon Valley Clean Energy* and
*Central Coast Community Energy*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

SILICON VALLEY CLEAN ENERGY and CENTRAL COAST COMMUNITY ENERGY,

Plaintiffs,

vs.

ORIGIS USA LLC, SAN LUIS WEST SOLAR LLC and DOES 1 through 10, inclusive,

Defendants.

Case No. 4:25-cv-09319-HSG

**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**

Judge: Hon. Haywood S. Gilliam, Jr.

# JOINT STIPULATION

Plaintiffs Silicon Valley Clean Energy and Central Coast Community Energy (collectively, "Plaintiffs") and Defendants Origis USA LLC and San Luis West Solar, LLC (collectively, "Defendants," and collectively with the Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation.

**WHEREAS**, on September 15, 2026, the Court set a schedule in this matter pursuant to which dispositive motions must be heard by July 1, 2027. (Dkt. No. 50.)

**WHEREAS**, the Parties have agreed that good cause exists to extend the default response and reply deadlines for both motions for summary judgment and for *Daubert* motions, in light of the anticipated scope of fact and expert discovery that will be taken in this matter.

**WHEREAS**, to accommodate the additional briefing time, the Parties have agreed to move fact and expert discovery deadlines earlier by one week.

**WHEREAS**, the Parties' proposed revisions to the schedule will not impact the July 1, 2027 dispositive motion hearing date, October 5, 2027 pretrial conference date, or October 18, 2027 trial date.

**NOW THEREFORE,** having met and conferred, counsel for the Parties respectfully submit that, subject to the Court's approval, the following schedule should be entered (all deadlines not listed below are unchanged):

| Event | Deadline |
|---|---|
| Close of Fact Discovery | March 29, 2027 |
| Exchange of Opening Expert Reports | April 12, 2027 |
| Exchange of Rebuttal Expert Reports | April 30, 2027 |
| Close of Expert Discovery | May 14, 2027 |
| Summary judgment and *Daubert* motions filed | May 24, 2027 |
| Summary judgment and *Daubert* oppositions filed | June 14, 2027 |

| | |
|---|---|
| Summary judgment and *Daubert* replies filed | June 24, 2027 |

Dated: September 23, 2026

HUESTON HENNIGAN LLP

By: */s/Warren Crandall*
John C. Hueston
Vicki Chou
Warren Crandall
Chloé P. Sweeney-Rowan

Attorneys for Plaintiffs
*Silicon Valley Clean Energy and Central Coast Community Energy*

Dated: September 23, 2026

KIRKLAND & ELLIS LLP

By: */s/Mark E. McKane*
Mark E. McKane
Christopher W. Keegan

Attorneys for Defendants
*Origis USA LLC and San Luis West Solar LLC*

**ATTESTATION OF FILER**

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 23, 2026

HUESTON HENNIGAN LLP

By: */s/Warren Crandall*

**<u>ORDER</u>**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/24/2026 By:

UNITED STATES DISTRICT COURT

DENIED

Haywood S. Gilliam Jr.

Judge Haywood S. Gilliam Jr.

NORTHERN DISTRICT OF CALIFORNIA